# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| MARTIN ELLIOT ) | |
| and TONI ELLIOT, ) | |
| ) | |
| Plaintiffs, ) | Case No. _____ |
| ) | |
| v. ) | |
| ) | |
| PATRICK RILEY and TOMMY ) | |
| SHERLOCK, individually and d/b/a ) | |
| MASTER PAVING AND CHIP SEAL, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

COME NOW Defendants Patrick Riley and Tommy Sherlock, individually and d/b/a Master Paving and Chip Seal ("Defendants") pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and hereby removes this case from the Circuit Court of Maury County, Tennessee, where it has until this removal been pending as Case Number 2023-CV-17584, to the United States District Court for the Middle District of Tennessee, and as grounds therefore says as follows:

**I.  Removal is Timely.**

1. Plaintiffs, Martin Elliot and Toni Elliot, originally commenced this personal injury action against an incorrect party, "Master Paving and Chip Seal", by filing a Summons and Complaint in the Circuit Court of Maury County, Tennessee. *See* Ex. 1 at p. 1-10, Compl.

2. On December 11, 2023, Plaintiffs filed an Amended Complaint correcting the misidentified Defendant and naming Defendants Patrick Riley and Tommy Sherlock, individually and d/b/a Master Paving and Chip Seal. *See* Ex. 1 at p. 2, Amended Compl. ¶ 8.

1

3. True and correct copies of the state court record, including all process, pleadings, orders, and other papers served on Atlantic, as of the date of this removal are collectively attached hereto as **Exhibit 1** pursuant to 28 U.S.C. § 1446(a).

4. The Amended Complaint was obtained on December 11, 2023.

5. Removal is timely under 28 U.S.C. § 1446(b)(1)-(3) because this Notice is filed within thirty days of receipt by the correctly named Defendants, through service or otherwise, of Plaintiff's Amended Complaint.

## II. Removal is Proper Because There is Complete Diversity of Citizenship Between Plaintiff and Defendant and the Amount in Controversy Exceeds $75,000.

6. Pursuant to 28 U.S.C. § 1332(a), federal subject matter jurisdiction exists here because Defendants are completely diverse from Plaintiffs, and the amount in controversy, exclusive of interest and costs, is greater than $75,000.

### A. Complete Diversity of Citizenship.

7. Plaintiffs are residents of Maury County, Tennessee. *See* Ex. 1 at p. 1, Amended Compl. ¶ 1. For diversity purposes, Plaintiffs are citizens of Tennessee.

8. Defendant Patrick Riley is a resident of South Carolina. *See* Ex. 1 at p. 1, Amended Compl. ¶¶ 2-3.

9. Defendant Tommy Sherlock is a resident of South Carolina. *See* Ex. 1 at p. 1, Amended Compl. ¶¶ 2-3.

10. Defendants Patrick Riley and Tommy Sherlock are owners of and doing business as Master Paving and Chip Seal and its principal place of business is 24 Saint Anthony Street, North Augusta, South Carolina. *See* Ex. 1 at p. 1, Amended Compl. ¶¶ 2-3.

11. For diversity purposes, Defendants are citizens of South Carolina.

12. Hence, complete diversity among the parties to this action exists under 28 U.S.C. § 1332(a)(1).

### B. The Amount in Controversy Exceeds $75,000.

13. Plaintiffs' case arises out of an automobile accident due to the alleged negligent dumping, piling or spilling of rock into the roadway by the Defendants and/or their employees on or about September 23, 2022. *See* Ex. 1 at pp. 2, Amended Compl. ¶¶ 6, 9, 11-14.

14. Plaintiffs allege compensatory damages in an amount not to exceed $750,000.00 to Plaintiff Martin Elliot and an amount not to exceed $50,000.00 for loss of consortium to Plaintiff Toni Elliot. *Id.* at p. 8, ¶ 5.

15. "In a federal diversity action, the amount alleged in the complaint will suffice unless it appears to a legal certainty that the plaintiff in good faith cannot claim the jurisdictional amount." *Klepper v. First Am. Bank*, 916 F.2d 337, 340 (6th Cir. 1990). "Generally, the amount claimed by the plaintiff in the complaint rules, so long as it is claimed in good faith." *Rossello v. Gill*, No. 3-12-0493, 2012 U.S. Dist. LEXIS 164101, *4 (M.D. Tenn. Nov. 16, 2012).

16. Here, the amount in controversy as alleged in the Complaint exceeds $75,000. Plaintiffs seek compensatory damages in an amount not to exceed $750,000.00 to Plaintiff Martin Elliot and an amount not to exceed $50,000.00 for loss of consortium to Plaintiff Toni Elliot. *See* Ex. 1 at pp. 8, Amended Compl. ¶ 5. As such, it is likely that Plaintiff's claim for damages is made in good faith for the purposes of determining the amount in controversy.

## III. All Other Removal Requirements Satisfied.

### A. Consent.

17. There are no other defendants in this case, so no other defendants need to express consent to removal. 28 U.S.C. §1446(b)(2)(A).

3

### B. Venue is Proper.

18. The removed action was pending in Maury County. Venue is proper pursuant to 28 U.S.C. § 1441(a) because this Court is the district court for the district and division embracing the place where the state-action is pending.

### C. The State Court Record.

19. A true and complete copy of the state court file, including a copy of the court's docket, is attached hereto. *See* 28 U.S.C. § 1446(a).

### D. Notice to the State Court.

20. A copy of the Notice to State Court of Removal that is being filed with the clerk of the Circuit Court of Maury County, Tennessee, is attached as **Exhibit 2**.

21. Defendants submit this Notice of Removal without waiver of any of its defenses.

Respectfully submitted, this the 21st day of December, 2023.

> */s/ Jamie K. Durrett*
> Jamie K. Durrett, BRP #026278
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 3102 West End Avenue Suite 400
> Nashville, TN 37203
> Telephone: 615.968.3434
> Fax: 502.238.7995
> jamie.durrett@wilsonelser.com
>
> And
>
> James M. Burd, BPR #034940
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 100 Mallard Creek Road Suite 250
> Louisville, KY 40207
> (502) 238-8548
> (502) 238-7995(Fax)
> james.burd@wilsonelser.com
> *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2023, the following document was filed via the ECF filing system with the Clerk of the Court, and that a true and correct copy of the foregoing was served on the following via U.S. Mail postage prepaid or electronic mail and addressed as follows:

Brian Dunigan
Ponce Law P.C.
400 Professional Park Drive
Goodlettsville, TN 37072
brian@poncelaw.com
cc: savannah@poncelaw.com
*Attorneys for Plaintiff*

*/s/ Jamie K. Durrett*
Of Counsel